Submitted on record and briefs June 30,
remanded for resentencing July 28, 1982

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT DANIEL FRAZIER,
*Appellant.*

(No. 81-6709-C, CA A24404)

648 P2d 419

Jerry E. Gastineau, Medford, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court in this case erred by utilizing a prior, uncounselled conviction to enhance defendant's conviction for driving under the influence of intoxicants. *See State v. Grenvik,* 291 Or 99, 628 P2d 1195 (1981).

Remanded for resentencing.